

# NUMBER 13-14-00333-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ESTEBAN MIGUEL GUERRA AND NADIA HERLINDA GUERRA

## On Petition for Writ of Mandamus
## and Request for Emergency Temporary Relief.

## ORDER

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Order Per Curiam

On June 18, 2014, relators, Esteban Miguel Guerra and Nadia Herlinda Guerra, individually and as independent administrator of the estate of Teresa Canales Guerrero, Deceased, filed a petition for writ of mandamus seeking to avoid arbitration. Relator also requested an emergency stay of all arbitration proceedings. The Court, having examined and fully considered the request for an emergency stay, is of the opinion that relator's request should be granted. Accordingly, we GRANT the request for emergency stay and ORDER all arbitration proceedings to be stayed pending further order of this Court. We request that the real party in interest, Rolando Cantu, or any other person whose interest

would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.4.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
18th day of June, 2014.